**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

------------------------------------------------------------------ x
           :
PATRICIA HOLTZ, AUNT MARLENE    :
FOUNDATION, STEVEN GREENSPON, and   :
TERENCE HEUEL, individually and on behalf  :
of all others similarly situated,        :
           :
           Plaintiffs,    :   Case No. 1:12-CV-07080
           :
       vs.         :   Hon. John W. Darrah
           :
J.P. MORGAN SECURITIES LLC,      :
JPMORGAN CHASE BANK, N.A.,      :
JPMORGAN CHASE & CO., and J.P.     :
MORGAN INVESTMENT MANAGEMENT   :
INC.,                   :
         Defendants.

------------------------------------------------------------------ x

## DEFENDANTS' NOTICE TO SUPPLEMENT THE RECORD ON APPEAL

Defendants J.P. Morgan Securities LLC, JPMorgan Chase Bank, N.A., JPMorgan Chase & Co. and J.P. Morgan Investment Management Inc. (collectively "Defendants"), by and through their attorneys, hereby submit this notice to supplement the record on appeal. Defendants hereby request that the record on appeal include the motion to dismiss briefing and exhibits, including the following items:

1. The motion to dismiss and the supporting and opposing briefs: Defendants' motion to dismiss filed on December 21, 2012 [Dkt. No. 46]; Defendants' memorandum of law in support of the motion to dismiss filed on December 21, 2012 [Dkt. No. 47]; Plaintiffs' response filed on January 31, 2013 [Dkt. No. 49]; and Defendants' reply filed on February 21, 2013 [Dkt. No. 50].

2. All exhibits submitted with briefing on the motion to dismiss: Exhibits A, B, C, and D to Defendants' memorandum of law in support of the motion to dismiss filed on December 21, 2012 [Dkt. No. 47-1]; and Exhibit A to Plaintiffs' response filed on January 31, 2013 [Dkt. No. 49-1].

3. Attached hereto as Exhibits A, B, C, and D are the motion to dismiss, the supporting and opposing briefs, and all exhibits thereto.


Dated: August 8, 2013

Respectfully submitted,

By:  /s/ Stephen V. D'Amore
Stephen V. D'Amore (#6224741)
Michael S. Pullos (#6293587)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Phone:  (312) 558-5600

Jonathan K. Youngwood
Janet A. Gochman
SIMPSON THACHER &
BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000


*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that a copy of the foregoing **Notice to Supplement the Record On Appeal** was served on counsel for all parties electronically via the CM/ECF system on August 8, 2013.


Dated: August 8, 2013                                              /s/ Stephen V. D'Amore_____