UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA HOLTZ, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 12-cv-7080 |
| V. ) | |
| ) | Judge John W. Darrah |
| J.P. MORGAN SECURITIES LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Plaintiffs' Motion to Withdraw Appearance [74] is granted.

Date: 3/16/2017 /s/ John W. Darrah